Barry LOURIE et al., Defendants, Appellants,

v.

UNITED STATES of America, Plaintiff, Appellee.

No. 5932.

United States Court of Appeals
First Circuit.

May 10, 1962.

Robert J. Richards, Jr., Boston, Mass., with whom Owen J. Todd was on brief, for appellants.

Burton Berkley, Attorney, Department of Justice, with whom Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson and Joseph M. Howard, Attorneys, Department of Justice, were on brief, for appellee.

Before HARTIGAN and ALDRICH, Circuit Judges, and GIGNOUX, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.